UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-                                          ORDER

                                                22-CR-6165

MICHAEL JONES,

                Defendant.

---

On December 9, 2023, defendant Michael Jones (DOB: 12/25/87) appeared before this Court and pleaded guilty to an Information. Defendant was released pursuant to an Order Setting Conditions of Release, and directed to return to Haw River, North Carolina to reside with his parents as part of his release conditions. Defendant has secured a plane ticket for travel, therefore it is

ORDERED that upon defendant's release from custody, defendant shall go directly to the Frederick Douglass – Greater Rochester International Airport for travel to Haw River, North Carolina; it is further

ORDERED that the Transportation Security Administration ("TSA") allow defendant to proceed through security, pursuant to their policy and procedures, to enable him to board his ticketed flight to his destination.

IT IS SO ORDERED.

Dated: December 9, 2022
       Rochester, New York

                                                DAVID G. LARIMER
                                                United States District Judge