September 18, 2023

Dear Judge David G. Larimer,

    I would like to apologize for my actions that have led me to your courtroom. I have had time to reflect on what circumstances led me there and what thought processes led me to believe I was doing the right thing and I can see now that I was simply wrong, there is no justifying it. We have laws in place for the betterment of society and it is not up to me or anyone on my level to try and decide which ones are to be followed or not. I regret the steps I took that led to us being in my position today, but I can honestly tell you that I have learned from my mistakes, and I have no desire or intention of ever putting myself in a situation to end up in any situation like this again. Lord knows that jail was a very unpleasant experience and I would hate ever putting myself in a position to be sent back. I can't change the past, but I can apologize for the past and guarantee that I will step forward with my best foot forward and nothing like this will ever happen again.

    I would also like to thank you from the bottom of my heart for allowing me to be put on house arrest and work with doctors on saving my leg. The damage was severe and frankly, to call it concerning would have been an understatement as you may recall. However, because of your decision to allow this, I was able to work with doctors and get a significant amount of work done. MRI, X-Ray, and other scans, being able to get an Ankle-Foot-Orthotic (AFO) to hopefully trip over myself less and make stairs less of a challenge. The physical therapy I'm still undergoing should hopefully help with that as well.

    I'm very hopeful and optimistic that I can continue onto a much more productive path and be/do better. I can see where I was wrong but just as importantly, how I can change for the better. I'm hoping with everything the doctors have told me, I will be able to start working again ASAP. I have been given a wake-up call and intend to answer it.

Sincerely,

Michael Jones