# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA
### PROBATION OFFICE

**Melissa A. Alexander**
*Chief U. S. Probation Officer*



*Reply to:*

101 South Edgeworth Street, Suite 312
Greensboro, NC 27401-2219
Phone: 336-358-4200
Fax: 336-358-4229

August 2, 2023

Mr. Michael  Jones
2911 Pheasant Run Road
Haw River, North Carolina
27258

Dear Mr. Jones:

You appeared before the Honorable United States District Judge David G. Larimer on December 9, 2022, in the Western District of New York (WD/NY). At that time, you were released from custody and ordered begin a term of pretrial supervision in the Middle District of North Carolina (MD/NC) on the same date. Since your term of pretrial supervision began, you have made a positive adjustment. You have maintained stable housing in Haw River, North Carolina with your mother and stepfather. As of the writing of this letter, you remain in full compliance with your term of pretrial supervision.

Sincerely,

Charles   John
U.S. Probation Officer Specialist
336-358-4221

CJ / CJ